| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14271-AMC**

ANTHONY PALAZZO
3738 SWETLAND DRIVE
DOYLESTOWN  PA    18902-9082

Petition Filed Date: 07/03/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $210.00 | | 02/18/2020 | $210.00 | | 03/16/2020 | $210.00 | |
| 04/08/2020 | $210.00 | | 05/14/2020 | $210.00 | | 06/25/2020 | $210.00 | |
| 07/20/2020 | $210.00 | | 08/28/2020 | $210.00 | | 09/11/2020 | $210.00 | |
| 10/26/2020 | $210.00 | | 12/01/2020 | $210.00 | | 12/29/2020 | $210.00 | |
| 01/11/2021 | $210.00 | | 02/23/2021 | $210.00 | | 03/23/2021 | $210.00 | |
| 04/27/2021 | $210.00 | | 05/26/2021 | $210.00 | | | | |

**Total Receipts for the Period:  $3,570.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CADLEROCK JOINT VENTURE LP<br>»»  001 | Unsecured Creditors | $157,754.10 | $3,924.55 | $153,829.55 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $2,557.05 | $57.43 | $2,499.62 |
| 3 | CITADEL FEDERAL CREDIT UNION<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,662.10 | $31.32 | $1,630.78 |
| 5 | FLAGSTAR BANK<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14271-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,620.00 | Current Monthly Payment: | $210.00 |
| Paid to Claims: | $4,013.30 | Arrearages: | $210.00 |
| Paid to Trustee: | $401.52 | Total Plan Base: | $15,309.00 |
| Funds on Hand: | $205.18 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.