| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14271-AMC

ANTHONY PALAZZO  
3738 SWETLAND DRIVE  
DOYLESTOWN  PA    18902-9082

Petition Filed Date: 07/03/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $210.00 | | 05/26/2021 | $210.00 | | 06/21/2021 | $210.00 | |
| 08/02/2021 | $210.00 | 8/2/2021 | 08/31/2021 | $210.00 | | 10/04/2021 | $210.00 | |
| 10/19/2021 | $210.00 | | 11/16/2021 | $210.00 | | 01/07/2022 | $210.00 | |
| 02/03/2022 | $210.00 | | 03/14/2022 | $210.00 | | 04/06/2022 | $210.00 | |
| 05/18/2022 | $210.00 | | 06/30/2022 | $210.00 | | 07/26/2022 | $210.00 | |

**Total Receipts for the Period:  $3,150.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CADLEROCK JOINT VENTURE LP<br>»» 001 | Unsecured Creditors | $157,754.10 | $6,354.39 | $151,399.71 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,557.05 | $102.97 | $2,454.08 |
| 3 | CITADEL FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,662.10 | $62.96 | $1,599.14 |
| 5 | FLAGSTAR BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14271-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,350.00 | Current Monthly Payment: | $210.00 |
| Paid to Claims: | $6,520.32 | Arrearages: | $420.00 |
| Paid to Trustee: | $632.52 | Total Plan Base: | $15,309.00 |
| Funds on Hand: | $197.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.