| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-14271-AMC**

ANTHONY PALAZZO
3738 SWETLAND DRIVE
DOYLESTOWN  PA    18902-9082

Petition Filed Date: 07/03/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2022 | $210.00 | | 10/06/2022 | $210.00 | | 11/21/2022 | $210.00 | |
| 11/21/2022 | $210.00 | | 12/07/2022 | $339.00 | | 01/09/2023 | $339.00 | |
| 02/07/2023 | $339.00 | | 03/06/2023 | $339.00 | | 04/10/2023 | $339.00 | |
| 05/08/2023 | $339.00 | | 06/12/2023 | $339.00 | | 07/11/2023 | $339.00 | |
| 07/24/2023 | $339.00 | | | | | | | |

**Total Receipts for the Period: $3,891.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,580.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CADLEROCK JOINT VENTURE LP<br>»» 001 | Unsecured Creditors | $157,754.10 | $9,712.07 | $148,042.03 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,557.05 | $142.77 | $2,414.28 |
| 3 | CITADEL FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,662.10 | $95.97 | $1,566.13 |
| 5 | FLAGSTAR BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14271-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,580.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $9,950.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $991.26 | Total Plan Base: | $15,309.00 |
| Funds on Hand: | $637.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.