Certificate Number: 13861-PAE-DE-038632705

Bankruptcy Case Number: 19-14271



13861-PAE-DE-038632705

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2024, at 8:30 o'clock AM PDT, Anthony Palazzo completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 3, 2024

By: /s/Rebecca K Snyder

Name: Rebecca K Snyder

Title: Counselor