**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANTHONY PALAZZO | CASE NO. 19-14271 (AMC) |
| Debtor. | |

### ORDER AVOIDING LIEN OF CADLEROCK III, LCC

AND NOW, this _____ day of _____, 2024, upon consideration of Debtor's Motion to Avoid Judicial Lien of Cadlerock III, LCC and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is **GRANTED**.

It is further ORDERED that the judicial lien held by Cadlerock III, LCC in and on Debtor, Anthony Palazzo's, real estate located at 3738 Swetland Drive, Doylestown, PA 18902-9082, and personal property in which he has an interest, resulting from the Praecipe to Transfer Judgment, Assessment of Damages, and Verification of Address, Validity and Non-Military Service (the "Praecipe") in the Court of Common Pleas of Bucks County, Pennsylvania, captioned <u>Cadlerock III, LCC vs. Anthony Palazzo</u>, at Case No. 2018-03195, is hereby avoided in its entirety. The avoidance of the lien shall be noted in the appropriate judgment or lien index.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge