Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-14271-AMC

ANTHONY PALAZZO
3738 SWETLAND DRIVE
DOYLESTOWN  PA    18902-9082

Petition Filed Date: 07/03/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 02/12/2020

Case Status: Completed on 8/ 6/2024

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $339.00 | | 10/04/2023 | $339.00 | | 11/03/2023 | $339.00 | |
| 12/14/2023 | $339.00 | | 01/09/2024 | $339.00 | | 02/08/2024 | $339.00 | |
| 03/19/2024 | $339.00 | | 04/17/2024 | $339.00 | | 06/10/2024 | $339.00 | |
| 07/08/2024 | $339.00 | | 07/25/2024 | $339.00 | | | | |

**Total Receipts for the Period: $3,729.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $15,309.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CADLEROCK JOINT VENTURE LP<br>»» 001 | Unsecured Creditors | $157,754.10 | $13,581.65 | $144,172.45 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,557.05 | $220.12 | $2,336.93 |
| 3 | CITADEL CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,662.10 | $143.07 | $1,519.03 |
| 5 | FLAGSTAR BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ALEXANDER MORETSKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 6 | CADLEROCK JOINT VENTURE LP | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14271-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,309.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $13,944.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,364.16 | Total Plan Base: | $15,309.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.