**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANTHONY PALAZZO | CASE NO. 19-14271 (AMC) |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 15 days have elapsed from the date of service of the Notice of filing of Debtor's Motion to Avoid Judicial Lien and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection or other responsive pleading. Counsel, therefore, requests entry of an Order granting the said Motion.

Respectfully submitted,

MORETSKY LAW FIRM

Dated: October 1, 2014

By: /s/ Alex Moretsky
Alex Moretsky, Esquire
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 344-8343 (p)
(267) 571-2083 (f)