United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14271-amc |
| Anthony Palazzo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: 138OBJ | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony Palazzo, 3738 Swetland Drive, Doylestown, PA 18902-9082 |
| 14352748 | | Ameris Bank, 3 Corporate Blvd NE Fl 5, Atlanta, GA 30329-2014 |
| 14552473 | + | LAKEVIEW LOAN SERVICING, LLC, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14355816 | | Lakeview Loan Servicing, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14361474 | + | Email/Text: gocadle@cadleco.com | Oct 04 2024 11:27:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14361642 | + | Email/Text: gocadle@cadleco.com | Oct 04 2024 11:27:00 | CadleRock III, LLC, 100 North Center Street, Newton Falls, OH 44444-1321, attn: 0N010035 |
| 14352749 | | Email/Text: gocadle@cadleco.com | Oct 04 2024 11:27:00 | Cadlerock III, LLC, 100 N Center St, Newton Falls, OH 44444-1321 |
| 14352750 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:52 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14371875 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 00:40:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14352751 | | Email/Text: bankruptcycollections@citadelbanking.com | Oct 04 2024 11:27:00 | Citadel, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14352752 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 00:17:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14384123 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:17:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14386362 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 04 2024 11:26:00 | Lakeview Loan Servicing, LLC, Flagstar Bank F.S.B., 5151 Corporate Drive, Suite 3-142, Troy, MI 48098-2639 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 138OBJ | Total Noticed: 15 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14356408 | * | Lakeview Loan Servicing LLC, c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER MORETSKY | on behalf of Debtor Anthony Palazzo amoretsky@moretskylaw.com g18782@notify.cincompass.com;moretsky.alexanderb130347@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 68 − 62

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Anthony Palazzo                       Case No. 19−14271−amc

   Debtor(s).                         Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 3, 2024                            For The Court

                                                                           Timothy B. McGrath  
                                                                             Clerk of Court