United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-14271-amc
Anthony Palazzo                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2
Date Rcvd: Oct 03, 2024            Form ID: pdf900            Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Anthony Palazzo, 3738 Swetland Drive, Doylestown, PA 18902-9082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: gocadle@cadleco.com | Oct 04 2024 11:27:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444, UNITED STATES 44444-1321 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

**Name**            **Email Address**

ALEXANDER MORETSKY

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Debtor Anthony Palazzo amoretsky@moretskylaw.com g18782@notify.cincompass.com;moretsky.alexanderb130347@notify.bestcase.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
   on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

Scott F Waterman
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
   on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANTHONY PALAZZO<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 19-14271 (AMC) |

### ORDER AVOIDING LIEN OF CADLEROCK III, LCC

AND NOW, this __3rd__ day of __October__, 2024, upon consideration of Debtor's Motion to Avoid Judicial Lien of Cadlerock III, LCC and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is **GRANTED**.

It is further ORDERED that the judicial lien held by Cadlerock III, LCC in and on Debtor, Anthony Palazzo's, real estate located at 3738 Swetland Drive, Doylestown, PA 18902-9082, and personal property in which he has an interest, resulting from the Praecipe to Transfer Judgment, Assessment of Damages, and Verification of Address, Validity and Non-Military Service (the "Praecipe") in the Court of Common Pleas of Bucks County, Pennsylvania, captioned Cadlerock III, LCC vs. Anthony Palazzo, at Case No. 2018-03195, is hereby avoided in its entirety upon entry of discharge. The avoidance of the lien shall be noted in the appropriate judgment or lien index.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge